UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT MIDWEST INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OLAGUEZ, INC., *et al.*,<br><br>Defendants. | No. 1:25-cv-01571-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART MOTION FOR DEFAULT JUDGMENT<br><br>(Docs. 16, 20) |

On April 23, 2026, plaintiff Great Midwest Insurance Company filed a motion for default judgment against defendants Olaguez, Inc., doing business as Olaguez Transport, and Johnny Olaguez. Doc. 16. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(19).

On October 1, 2026, the assigned magistrate judge issued findings and recommendations granting in part plaintiff's motion for default judgment. Doc. 20. The court ordered plaintiff to transmit a copy of the findings and recommendations to defendants and to file proof of service. *Id.* That same day, plaintiff filed a certificate of service. Doc. 21. Defendants did not file objections. *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), the court reviewed this matter de novo. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on October 1, 2026 (Doc. 20) are ADOPTED in full.
2. Plaintiff's motion for default judgment (Doc. 16) is GRANTED in part, as to plaintiff's breach of contract claim;
3. Plaintiff's motion for default judgment is DENIED in all other respects;
4. Judgment SHALL be entered in plaintiff's favor and against defendants Olaguez, Inc., doing business as Olaguez Transport, and Johnny Olaguez;
5. Plaintiff is AWARDED $130,815.85 in damages as to the breach of contract claim, attorney's fees in the amount of $9,654.00, and costs in the amount of $754.50 against defendants.
6. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: November 1, 2026

UNITED STATES DISTRICT JUDGE